IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SADELL EDWARD CONRAD,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　／ | No. CR 10-00207 WHA<br><br>**ORDER REQUESTING SHOWING OF EXCUSABLE NEGLECT FOR UNTIMELY FILING OF NOTICE OF APPEAL** |

On September 19, 2011, Mr. Conrad filed a notice of appeal from the order entered by this Court on August 15, 2011. The notice of appeal was filed more than 14 days after entry of the order and was thus untimely. Our court of appeals has remanded the case to this Court in order for this Court to provide notice and an opportunity for Mr. Conrad to request that the time for filing the notice of appeal be extended for a period not to exceed 30 days from the expiration of the time for filing a notice of appeal based on a showing of excusable neglect. *See* Fed. R. App. P. 4(b)(4).

Mr. Conrad is hereby notified of his untimely notice of appeal and provided an opportunity to make a showing of excusable neglect by **NOVEMBER 21, 2011**.

**IT IS SO ORDERED.**

Dated: October 31, 2011.

　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE