GEOFFREY HANSEN
Acting Federal Public Defender
ELIZABETH M. FALK
Assistant Federal Public Defender
19th Floor, Federal Building, Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700

Counsel for Defendant CONRAD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR 10-207 WHA |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND [PROPOSED]** |
| vs. | ) | **ORDER REGARDING SENTENCE** |
| | ) | **REDUCTION UNDER U.S.S.G. §** |
| SADELL EDWARD CONRAD, | ) | **1B1.10(b)(1) (AS AMENDED BY 750,** |
| | ) | **PARTS A & C)** |
| Defendant. | ) | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. The defendant is making an unopposed motion for a modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

   Total Offense Level:   21

   Criminal History Category:   VI

   Guideline Range:       77-96 months

   Mandatory Minimum: 60 months

3. Defendant was sentenced to 77 months imprisonment on May 5, 2010.

Stip Reduction Sentence               1

4. According to the Bureau of Prisons, defendant's current projected release date is October 3, 2015.

5. Effective November, 1, 2011, defendant is eligible for a modification of his sentence pursuant to 18 U.S.C. § 3582(c), USSG § 1B1.10(b)(1), and Amendment 750, Parts A and C, of the United States Sentencing Guidelines Manual.

6. Defendant's revised guideline calculation is as follows:

   Total Offense Level:   15

   Criminal History Category:   VI

   Guideline Range:   41-51 months

   Mandatory Minimum: 60 months

7. The parties have no reason to dispute the Reduction of Sentence Report submitted to the Court by the probation office.

8. Based upon the foregoing, the parties hereby stipulate that the Court may enter an order reducing defendant's sentence to 60 months.

9. The parties further stipulate that all other aspects of the original judgment order including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

10. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S.C § 3582(c)(2); *United States v. Booker*, 543 U.S. 220 (2005) and *Kimbrough v. United States*, 128 S.Ct. 558 (2007).

11. Defendant waives his right to appeal the district court's sentence.

12. Accordingly, the parties agree that an amended judgment may be entered by the Court in accordance with this stipulation pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(b)(1), Amendment 750, Parts A and C, of the Sentencing Commission Guidelines Manual. The parties agree that a proposed amended judgment will be submitted to the Court by the probation office, along with the Sentencing Reduction Investigation Report.

IT IS SO STIPULATED:

/s/

Date:   4/6/12
_____
ELIZABETH M. FALK
Assistant Federal Public Defender

/s/

Date:   4/6/12
_____
BRIAN STRETCH
Assistant United States Attorney

### [PROPOSED] ORDER

Upon consideration of the stipulation submitted by the parties, it is hereby ORDERED that the defendant's sentence is reduced to 60 months; and it is further ORDERED that all original conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

Date:   April 11, 2012
_____
THE HONORABLE WILLIAM H. ALSUP
United States District Judge