STEVEN G. KALAR
Federal Public Defender
Northern District of California
ELIZABETH FALK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:   (415)   436-7700
Facsimile:   (415) 436-7706
Email:        Elizabeth_Falk@fd.org

Counsel for Defendant CONRAD

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SADELL CONRAD,<br><br>Defendant. | **Case No.:** CR 10–207 WHA<br><br>**STIPULATION AND [PROPOSED]<br>ORDER CONTINUING STATUS<br>DATE TO APRIL 4, 2017**<br><br>**Court:**  Courtroom 8, 19th Floor<br><br>**Hearing Date:**  March 28, 2017<br><br>**Hearing Time:**  2:00 p.m. |

**STIPULATION**

The parties agree to continue the above referenced status conference from March 28, 2017, until April 4, 2017 at 2:00 p.m.  April 4, 2017 was the original date this Court set for the status conference, and defense counsel thought she would still be in trial.  It is now apparent that the trial case will conclude prior to the April 4, 2017 appearance.  Accordingly, so Mr. Conrad can continue to report to work, the parties mutually request the original status date of April 4, 2017 be restored.

1  Mr. Conrad is hoping to be hired into a permanent position at his current location of
2  employment, and is hoping for this reason the Court is willing to return the status conference
3  to April 4, 2017 at 2:00 p.m.  This will give him another week of full time work under his
4  belt at the new company.
5  IT IS SO STIPULATED.

Respectfully submitted,

Dated:   March 27, 2017        STEVEN G. KALAR
                               Federal Public Defender
                               Northern District of California

                                       /S
                               ELIZABETH FALK
                               Assistant Federal Public Defender


Dated:   March 27, 2017        BRIAN STRETCH
                               United States Attorney
                               Northern District of California

                                       /S
                               SHEILA ARMBRUST
                               Assistant United States Attorney


I hereby attest that I have on file all holographic signatures indicated by a "conformed" signature (/S/) within this efiled document.

**[PROPOSED] ORDER**

Based upon the aforementioned representations of the parties, and for good cause shown, it is hereby ORDERED that the sentencing proceedings for defendant Sadell Conrad are hereby CONTINUED until April 4, 2017, at 2:00 p.m.  The status date of March 28, 2017 is hereby vacated.

DATED: March 27, 2017.

_____
THE HONORABLE WILLIAM H. ALSUP
UNITED STATES DISTRICT COURT JUDGE